UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, Ralph David Scott, *et al.* : : : Plaintiff, : : v. : : Abubakar Atiq Durrani, *et al.*, : : Defendants. : : | Case No. 1:13-cv-194 District Judge Timothy S. Black |

## ORDER

Upon consideration of the United States' Notice of Intervention in Part for Purposes of Settlement and Declination in Part, it is hereby

**ORDERED** that the Relators' Complaint, the United States' Notice of Intervention in Part for Purposes of Settlement and Declination in Part, and this Order be unsealed; and

**IT IS FURTHER ORDERED** that all filings after this Order be unsealed; and

**IT IS FURTHER ORDERED** that all other filings in this matter remain under seal and not be made public.

SO ORDERED.

　　　　　　　　　　　　　　　　*/s/Timothy S. Black*
　　　　　　　　　　　　　　TIMOTHY S. BLACK
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE